**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**DOMINIQUE MORELAND** | **CIVIL ACTION NO. 25-cv-976**

**VERSUS** | **JUDGE TERRY A. DOUGHTY**

**AUDRIUS REED ET AL** | **MAGISTRATE JUDGE HORNSBY**

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 51], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Audrius Reed's Motion to Dismiss [Doc. No. 30] is **GRANTED** and that all of Plaintiff's claims are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 9th day of September, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE